**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN JOSE GRANADOS PEREZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2469-KC** |
| | § | |
| **TODD BLANCHE, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Juan Jose Granados Perez's Petition for a Writ of Habeas Corpus, ECF No. 1. On October 16, 2026, the Court granted in part Granados Perez's Petition, and ordered respondents to (1) provide Granados Perez with a bond hearing before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Granados Perez's continued detention; or (2) release Granados Perez from custody, under reasonable conditions of supervision. Oct. 16, 2026, Order 4, ECF No. 5. On October 26, Respondents informed the Court that, "Petitioner is currently being processed for release" but "[a]s of the time of the filing undersigned had not received documentary confirmation." Advisory, ECF No. 6. Respondents promise to "update the Court" as soon as they have more information. *Id.*

Accordingly, the Court **ORDERS** Respondents, by **no later than October 28, 2026**, to **FILE** notice informing the Court whether Granados Perez has been released from custody.

**SO ORDERED**.

**SIGNED this 27th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE